Adam P. Brezine (CA State Bar No. 220852)
*adam.brezine@bryancave.com*
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

Edward M. Mullins (*admitted pro hac vice*)
*emullins@astidavis.com*
Annette C. Escobar
*aescobar@astidavis.com*
ASTIGARRAGA DAVIS
701 Brickell Avenue, 16th Floor
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202

Barry Appleton, DC Bar No. 458636*
APPLETON & ASSOCIATES
800 Connecticut Ave NW, Suite 888
Washington DC, 20006
Telephone: (202) 293-0800; Facsimile: (202) 293.0988
(*pro hac vice application forthcoming*)

Attorneys for Applicant
MESA POWER GROUP, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re Application Of<br><br>MESA POWER GROUP, LLC<br><br>Applicant,<br><br>pursuant to 28 U.S.C. § 1782<br>For Judicial Assistance in Obtaining<br>Evidence from PATTERN ENERGY GROUP<br>LP; MIKE GARLAND; JOHN CALAWAY;<br>HUNTER ARMISTEAD; and DAVID<br>PARQUET, For Use in a Foreign and<br>International Proceeding. | Case No.: 3:11-cv-5510 JCS<br><br>**STIPULATION SETTING BRIEFING SCHEDULE ON MOTION TO QUASH SUBPOENA; [PROPOSED] ORDER**<br><br>Hearing Date: May 4th, 2012<br>Time: 1:30 p.m. |

1

Stipulation Setting Briefing Schedule on Motion to Quash Subpoena
In Re Application of Mesa Power Group, LLC
Case No. 3:11-cv-5510 JCS

#78668 v1 saf

1    Applicant Mesa Power Group, LLC ("Mesa") and subpoena recipients Pattern Energy Group
2  LP ("Pattern") and Hunter Armistead ("Armistead") submit the following stipulation and proposed
3  order:
4    On March 12, 2012, Pattern and Armistead filed a Motion to Quash Subpoenas ("Motion"),
5  which is set for hearing before this Court on May 4, 2012.  The parties wish to set a briefing
6  schedule for the opposition and reply.  The parties therefore stipulate, and ask this Court to order, as
7  follows:
8    1.   Mesa's opposition to the Motion will be filed on or before April 6, 2012; and
9    2.   Pattern and Armistead's reply in support of the Motion will be filed on or before
10  April 20, 2012.
11    Respectfully submitted,

Dated:  March 21, 2012          BRYAN CAVE LLP


                                By:   */s/ Adam Brezine*
                                      ADAM BREZINE

                                      *Attorneys for Mesa Power Group, LLC*

Dated:  March 21, 2012          O'MELVENY & MYERS LLP


                                By:   */s/ Eric J. Amdursky*
                                      ERIC J. AMDURSKY
                                      ANNA-ROSE MATHIESON

                                      *Attorneys for Pattern Energy Group LP*
                                      *and Hunter Armistead*

Dated: March 22, 2012

SO ORDERED:

_____
United States Magistrate Judge

2

Stipulation Setting Briefing Schedule on Motion to Quash Subpoena
In Re Application of Mesa Power Group, LLC
Case No. 3:11-cv-5510 JCS

#78668 v1 saf

**ATTESTATION**

I, Adam Brezine, am counsel for Mesa Power Group, LLC.  I am the registered ECF user whose username and password are being used to file this STIPULATION SETTING BRIEFING SCHEDULE ON MOTION TO QUASH SUBPOENA; [PROPOSED] ORDER.  In compliance with General Order 45, Section X(B), I hereby attest that the above-identified counsel concurred in this filing.

Dated:  March 21, 2012                                BRYAN CAVE LLP


                                                      By:  */s/ Adam Brezine*
                                                           Adam Brezine
                                                           *Attorneys for Mesa Power Group, LLC*

3

Stipulation Setting Briefing Schedule on Motion to Quash Subpoena
In Re Application of Mesa Power Group, LLC
Case No. 3:11-cv-5510 JCS

#78668 v1 saf