ERIC J. AMDURSKY (S.B. # 180288)
  eamdursky@omm.com
ANNA-ROSE MATHIESON (S.B. # 231770)
  amathieson@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

*Attorneys for Pattern Energy Group LP
and Hunter Armistead*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re Application of | Case No. CV 11-5510 (JCS) |
| MESA POWER GROUP, LLC, | **STIPULATION RESOLVING SUBPOENAS AND [PROPOSED] ORDER** |
| Applicant, | |
| Pursuant to 28 U.S.C. § 1782 For Judicial Assistance in Obtaining Evidence from PATTERN ENERGY GROUP LP; MIKE GARLAND; JOHN CALAWAY; HUNTER ARMISTEAD; and DAVID PARQUET For Use in a Foreign and International Proceeding. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that, if the Court approves, Mesa Power Group, LLC ("Mesa"), and Pattern Energy Group LP ("Pattern") have agreed to resolve the dispute regarding the Pattern's pending Motion to Quash the Subpoenas as follows:

**A. Document Production: Pattern will produce the following documents**

1) Green Energy Investment Agreement (GEIA) and the GEIA Amendment, and attachments and schedules to foregoing.

2) **Four Power Purchase Agreements**
    a) South Kent Wind Project
    b) Grand Renewable Energy Park
    c) Armow Wind Power Project
    d) K2 (Knightsbridge) Wind Project

and attachments and schedules, except Appendix 1-A.

3) Applications and proposals related to the GEIA, the GEIA Amendment, and/or the Four Power Purchase Agreements up through the date of execution of the respective agreements.

4) **All communications between Pattern and the Canadian Government** (includes subnational governments and agencies and state enterprises) relating to the negotiation of the GEIA, the GEIA Amendment, the Four Power Purchase Agreements, and their attachments, schedules, applications, and proposals (except Appendix 1-A to the Four Power Purchase Agreements) up through the date of execution of the GEIA amendment.

5) **All communications between Pattern and the Canadian Government** with respect to the satisfaction, extension, modification, or waivers of the requirements or milestones set forth in the GEIA, the GEIA Amendment, or the PPAs up through the date of the PMK deposition.

6) **All communications between the Korean Consortium, including any Samsung or KEPCO members of the Working Group as defined in the GEIA,** and the Canadian Government in Pattern's possession regarding the negotiation of the GEIA and the GEIA Amendment, attachments, and proposals regarding same up through the date of execution of the GEIA Amendment.

It is agreed by the parties that Pattern will produce the documents in categories 1 and 2 on or before May 7, 2012. Pattern's obligation to produce documents in categories 3-6 above shall be limited to documents maintained by the following eight custodians and Pattern will use best effort to produce non-privileged responsive documents on or before June 18, 2012:

- Mike Garland
- John Calaway
- Hunter Armistead
- David Parquet
- George Hardie III
- Colin Edwards;
- Kim Sachtleben; and
- The Pattern employee designated to testify for the PMK deposition referenced hereafter (to the extent not previously identified)

**B. Depositions**

The parties agree that Mesa withdraws its subpoenas for deposition of Mike Garland, John Calaway, Hunter Armistead, and David Parquet in exchange for taking a PMK deposition of Pattern limited to the subject matters of the categories of documents agreed to be produced as set forth above. The parties agree that they will use best efforts to take the PMK deposition in San Francisco, California on or before July 18, 2012.

**C. Expenses**

Mesa shall reimburse Pattern for its reasonable expenses (excluding attorneys' fees, either in-house or outside counsel) incurred in connection with Pattern's production of documents pursuant to this Stipulation. Following Pattern's production of documents, the parties shall meet and confer regarding the appropriate amount of expenses that shall be reimbursed by Mesa to Pattern. If the parties are unable to reach such an agreement, the Court reserves jurisdiction over this matter to award reasonable expenses to Pattern.

Dated: May 8, 2012

ERIC J. AMDURSKY
ANNA-ROSE MATHIESON
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111


By: */s/ Eric J. Amdursky*
      Eric J. Amdursky

*Attorneys for Pattern Energy Group LP*



MERYL MACKLIN
BRYAN CAVE LP
560 Mission Street, 25th Floor
San Francisco, CA 94105

By: */s/ Meryl Macklin*
      Meryl Macklin

*Attorney for Mesa Power Group, LLC*

**ORDER [~~PROPOSED~~]**

Pursuant to stipulation, IT IS ORDERED that Pattern Energy Group LP shall produce the documents and provide the deposition testimony under the terms and conditions agreed to by the parties in the Stipulation set out above.  This Stipulation shall resolve the dispute regarding the pending Motion to Quash the Subpoenas, and provide full satisfaction of the obligations of Pattern Energy Group LP  and Hunter Armistead under the subpoenas issued by Mesa Power Group, LLC.

SIGNED on the __9th__ day of _____May_____, 2012.

_____
THE HONORABLE JOSEPH C. SPERO
Magistrate Judge of the United States District Court
for the Northern District of California